## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

FELICIA MARTIN o/b/o,   :
M.F. MARTIN,
                                        :
    Plaintiff,
                                        :
vs.                                        CA 06-0514-C
                                        :
MICHAEL J. ASTRUE,
Commissioner of Social Security,  :

    Defendant.

## **JUDGMENT**

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the decision of the Commissioner of Social Security denying M.F. Martin child's insurance benefits be affirmed.

    **DONE** this the 11th day of April, 2007.

                    s/WILLIAM E. CASSADY
                    **UNITED STATES MAGISTRATE JUDGE**